AO91 (Rev. 8/01)   Criminal Complaint

# UNITED STATES DISTRICT COURT

SOUTHERN                    DISTRICT OF                    TEXAS

| UNITED STATES OF AMERICA | CRIMINAL COMPLAINT |
|---|---|
| V. | |
| Apolonio VALADEZ-Marrufo<br>Cieneguilla, Durango<br>Mexico | Case Number: L-13-PO2978 |

(Name and Address of Defendant)

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **March 01, 2013** in **Webb** County, in the **Southern** District of **Texas** **Apolonio VALADEZ-Marrufo** defendant(s), an alien, did unlawfully enter and attempt to enter the United States at a place other than designated by immigration officer

in violation of Title(s)   **8**   United States Code, Section(s)   **1325(a)(1)**
I further state that I am a(n)   **Border Patrol Agent**   and that this complaint is based on the following facts: Based on statements of the accused and records of the U.S. Department of Homeland Security.

Furthermore, it is based on verbal statements by, Apolonio VALADEZ-Marrufo, who admitted to being a citizen of Mexico, who entered or attempted to enter illegally into the United States by wading the Rio Grande River near, Laredo, Texas, thus avoiding immigration inspection, nor having proper documents to enter, travel through, or remain in the United States. This illegal entry or attempted entry took place on March 1, 2013

Continued on the attached sheet and made a part of this complaint:    ☐ Yes   ☒ No

/S/
Signature of Complainant

Abraham Esqueda
Printed Name of Complainant

Sworn to before me and signed in my presence,

March 06, 2013                                                             at     Laredo, Texas
Date                                                                               City and State

J. Hacker            , U.S. Magistrate Judge
Name and Title of Judicial Officer                                        Signature of Judicial Officer